UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN DARNELL RAGLAND,

            Plaintiff,

v.

AARON ALEXANDER, BARBARA FINCH, JAMES HOGAN, LINDA ADAMS, GREGORY CORRIN, MITCHELL ROSS, LAURA MCCORMICK, NICK LUDWICK, SUSAN HAVELKA, PRISON HEALTH SERVICES, INC., CORRECTIONAL MEDICAL SERVICES, INC., VICTOR FISHER, RYAN DOVE and CHARLES SIVICK,

            Defendants.
_____/

Case No.   10-13484

HONORABLE AVERN COHN

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on February 16, 2012, judgment is entered in favor of defendants and against plaintiff and the case is DISMISSED.

            DAVID WEAVER

Dated: February 16, 2012    By: s/Julie Owens
            Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Kevin Ragland, 191565, G. Robert Cotton Correctional Facility, 3500 N. Elm Road, Jackson, MI 49201 and the attorneys of record on this date, February 16, 2012, by electronic and/or ordinary mail.

            S/Julie Owens
            Case Manager, (313) 234-5160